UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRNA IBETH CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:23-cv-02949-TLN-CKD<br><br>**ORDER**<br><br>Assigned to:<br>Hon. District Judge Troy L. Nunley<br>Hon. Magistrate Judge Carolyn K. Delaney<br><br>Trial Date:  TBD<br><br>Action Filed: November 8, 2023 |

ORDER
4861-1890-2974v.1 0102559-000700

1

**ORDER**

The Court, having reviewed and considered the Joint Stipulation to Dismiss Plaintiff's First Claim for Failure to Pay Wages submitted by the Parties, hereby orders as follows:

1. The Parties' Joint Stipulation is granted.
2. Plaintiff's first claim for failure to pay wages is dismissed with prejudice.
3. Each side shall bear her/its costs and fees with respect to Plaintiff's first claim for failure to pay wages.

**IT IS SO ORDERED.**

Dated: May 20, 2024

Troy L. Nunley
United States District Judge

2
ORDER
4861-1890-2974v.1 0102559-000700
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899